| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>   ANGEL V. SAGUAY<br>   MARCELINA A. ZUNIGA |

Order Filed on August 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-32892

Judge:  VINCENT F. PAPALIA

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: August 9, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s): ANGEL V. SAGUAY
MARCELINA A. ZUNIGA

Case No.: 15-32892VFP

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of NATIONSTAR MORTGAGE LLC, Court Claim Number 1, be reduced to amount paid to date through the plan by the Standing Trustee, the amount paid to date through the plan by the Standing Trustee.