Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                            Case No.:  15−32892−VFP
                                            Chapter:  13
                                            Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Angel V. Saguay | Marcelina A. Zuniga |
| 115 Mount Prospect Avenue | 115 Mount Prospect Avenue |
| Newark, NJ 07104 | Newark, NJ 07104 |

Social Security No.:
  xxx−xx−9297                                      xxx−xx−7446

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 2, 2017</u>                  <u>Vincent F. Papalia</u>
                                                       Judge, United States Bankruptcy Court