**LOW & LOW, ESQUIRES**
**STANLEY W. LOW, ESQ. SL-6553**
**RUSSELL L. LOW, ESQ. RL-4745**
Corporate 505
505 Main Street, Suite 304
Hackensack, New Jersey 07601
(201) 343-4040
Attorneys for Debtor(s)



Order Filed on January 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

In Re:                                       : CHAPTER 13

                                             : CASE NO.: 15-32892

**Angel V. Saguay**
**Marcelina A. Zuniga**                      : Honorable Vincent F. Papalia

Debtor                                       : Hearing Date: January 4, 2018 at 11:00 a.m.

---

### ORDER TO REOPEN BANKRUPTCY MATTER
---

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 11, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of <u>Debtors</u>, and for good cause shown, it is ORDERED as follows:

1. The case is reopened.*

2. X    The Chapter 13 X/Trustee shall be appointed.**

    A Trustee shall not be appointed.

3. The case shall be immediately reclosed.

    The case shall be closed within days.

    X    The case shall be reviewed within ninety (90) days for closing eligibility.

The successful party shall serve this Order on the debtor, Bank of America and its counsel, if known, any trustee and all parties who entered an appearance on this motion within three (3) business days of its entry.

*For the purpose of filing the appropriate motion(s) to avoid liens and reclassify claims of Bank of America. The motion(s) shall be filed and served within fourteen days of entry of this Order.

**For the limited purpose of monitoring the ongoing proceedings in this case.