

Order Filed on March 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2©) <br><br> **Russell L. Low, Esq. - RLL 4745** <br> Low & Low, LLC <br> 505 Main Street, Suite 304 <br> Hackensack, NJ 07601 <br> 201-343-4040 <br> Attorneys for Debtor | |
| In Re: <br><br> **ANGEL V. SAGUAY** <br> **MARCELINA A. ZUNIGA** <br><br> Debtor(s) | CHAPTER 13 <br><br> CASE NO. 15-32892 <br><br> The Honorable Vincent F. Papalia <br><br> **Hearing Date: March 1, 2018, 11:00am** |

---

### ORDER RENDERING THE SECOND AND THIRD MORTGAGES ON THE DEBTORS' REAL PROPERTY LOCATED AT 115 MOUNT PROSPECT AVENUE, NEWARK, NEW JERSEY UNSECURED

---

The relief set forth on the following page is hereby **ORDERED**.
**DATED: March 6, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

THIS MATTER having been opened to the Court by Russell L. Low, Esq., the debtors' counsel, upon the debtors' Motion for an Order stripping off the second and third mortgages on the debtors' real property located at 115 Mount Prospect Avenue, Newark, New Jersey to unsecured status and which mortgage is held by Bank of America, N.A. and treating the claim of Bank of America, N.A. as unsecured, and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED AND DECREED**, that the second and third mortgages held by Bank of America, N.A. in and on debtors' real estate located 115 Mount Prospect Avenue, Newark, New Jersey, be and hereby is to be treated within the debtors' payment plan as unsecured, and it is further;

**ORDERED AND DECREED**, that upon confirmation and completion of all payments in accordance with the debtor's Chapter 13 repayment plan, the second and third mortgages held by Bank of America, N.A., in and on debtors' real estate located at 115 Mount Prospect Avenue, Newark, New Jersey will be expunged, and it is further;

**ORDERED AND DECREED**, that upon confirmation and completion of all of the payments in accordance with the debtors' Chapter 13 repayment plan, the mortgages in the name of Bank of America, N.A. shall be and is hereby canceled and discharged of record as to Angel V. Saguay and Marcelina A. Zuniga, and it is further,

**ORDERED AND DECREED**, that subject to the foregoing paragraph, that the Clerk of the County of Essex may cancel and discharge the mortgages as to Angel V. Saguay and Marcelina A. Zuniga by entering on the record a copy of this Order.