RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street, Suite 304
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor (s)

Order Filed on December 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
|  : | UNITED STATES BANKRUPTCY COURT |
|  : | DISTRICT OF NEW JERSEY |
|  : |  |
|  : | Chapter 13 |
|  : |  |
| Angel Saguay  : | Bankruptcy Case No. 15-32892 |
| Marcelina Zuniga  : |  |
| Debtor(s)  : | The Honorable: Vincent F. Papalia |
|  : |  |
|  : | Hearing Date: |

### ORDER REGARDING NOTICE OF MOTION TO REOPEN CHAPTER 13 BANKRUPTCY

Recommended Local Form:   ☐ Followed        ☐ Modified

The relief set forth on the following pages number two (2) to page two (2) is hereby ORDERED.

**DATED: December 13, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

THIS MATTER being brought before the Court on the Notice of Motion to Reopen Chapter 13 Bankruptcy, and Russell L. Low, Esq., appearing on behalf of the Debtor, Angel Saguay & Marcelina Zuniga, and Marie Ann Greenberg, Chapter 13 Standing Trustee appearing, and the parties having thereto;

IT IS HEREBY,

ORDERED AND ADJUDGED the Debtor (s) Chapter 13 Bankruptcy is reopened in order to request a Conference Status with Mr. Cooper in regards to the Loan Modification.