**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor



Order Filed on February 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Case No. 15-32892 |
| **Angel V. Saguay** <br> **Marcelina A. Zuniga** | : Judge Vincent F. Papalia |
| | : Chapter 13 |

### INTERIM ORDER CONTINUING LOSS MITIGATION STATUS CONFERENCE

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: February 27, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Angel V. Saguay
Marcelina A. Zuniga
Page 2
Case No. 15-32892-VFP

_____

Upon the Loss Mitigation Status Conference hearing held on February 7, 2019 and continued to March 21, 2019:

**IT IS HEREBY ORDERED that**:

1. Debtor must file a Motion for Approval to Participate in the Court's Loss Mitigation Program within 7 days. Nationstar Mortgage/Mr. Cooper holds rights to object to Debtor's Motion.

2. Debtor must tender all payments and two original signed modification agreements (expired) as a demonstration of Debtor's good faith willingness to proceed with loss mitigation within two weeks.

3. Debtor must make adequate protection payments at the same amount throughout the period that the case is reopened and debtor's loss mitigation request is pending.