**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor

**Order Filed on February 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

In Re:                                             : Case No. 15-32892

**Angel V. Saguay**
**Marcelina A. Zuniga**                  : Judge Vincent F. Papalia

                                                    : Chapter 13

---

### INTERIM ORDER CONTINUING LOSS MITIGATION STATUS CONFERENCE

---

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: February 27, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Angel V. Saguay
Marcelina A. Zuniga
Page 2
Case No. 15-32892-VFP

_____

     Upon the Loss Mitigation Status Conference hearing held on February 7, 2019 and continued to March 21, 2019:

     **IT IS HEREBY ORDERED that**:

1.    Debtor must file a Motion for Approval to Participate in the Court's Loss Mitigation Program within 7 days. Nationstar Mortgage/Mr. Cooper holds rights to object to Debtor's Motion.

2.    Debtor must tender all payments and two original signed modification agreements (expired) as a demonstration of Debtor's good faith willingness to proceed with loss mitigation within two weeks.

3.    Debtor must make adequate protection payments at the same amount throughout the period that the case is reopened and debtor's loss mitigation request is pending.

United States Bankruptcy Court
District of New Jersey

In re:
Angel V. Saguay
Marcelina A. Zuniga
    Debtors

Case No. 15-32892-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 01, 2019
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
db/jdb    +Angel V. Saguay,    Marcelina A. Zuniga,    115 Mount Prospect Avenue,    Newark, NJ 07104-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
        Brian C. Nicholas    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING 2009-FT1 TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2009-FT1 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
        Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com
        Russell L. Low    on behalf of Joint Debtor Marcelina A. Zuniga rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        Russell L. Low    on behalf of Debtor Angel V. Saguay rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                                                             TOTAL: 7