Melissa Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on June 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Angel V. Saguay and<br>Marcelina A. Zuniga,<br><br>Debtors. | Chapter 13<br><br>Case No. 15-32892-VFP<br><br>Hearing Date: July 18, 2019 at 10:00 AM<br><br>Judge: Vincent F. Papalia |
|---|---|

### CONSENT ORDER RESOLVING DEBTOR'S MOTION TO PARTICIPATE IN COURT-ORDERED LOSS MITIGATION WITH NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**

**DATED: June 25, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtors:             Angel V. Saguay and Marcelina A. Zuniga
Case No.:            15-32892-VFP
Caption of Order:    **CONSENT ORDER RESOLVING DEBTOR'S MOTION TO PARTICIPATE IN COURT-ORDERED LOSS MITIGATION WITH NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**

---

THIS MATTER having been opened to the Court upon the Motion for Approval to Participate in the Court's Loss Mitigation Program (the "Motion") filed by Angel V. Saguay and Marcelina A. Zuniga (collectively, the "Debtors") and Nationstar Mortgage LLC d/b/a Mr. Cooper ("Secured Creditor") having objected thereto with respect to the property known 115 MT PROSPECT, Newark, NJ 07104, and Secured Creditor having offered the Debtors a trial payment plan with monthly payments in the amount of $1,380.23 due April 1, 2019, May 1, 2019 and June 1, 2019, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown it is hereby

**ORDERED AS FOLLOWS:**

1. The Motion hearing shall be continued from May 16, 2019 to July 18, 2019.
2. Payments shall be made directly to Secured Creditor at Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9741. Debtors shall make each payment timely with the June 2019 payment being received on or before June 30, 2019 being deemed timely and the ongoing payments shall be received in accordance with the timing provided for in the trial payment plan.
3. In the event the Debtors are offered a final modification agreement and determine to accept that offer, the Debtor must file a certification demonstrating timely compliance with the acceptance terms with fifteen (15) days of the effective date of the final modification agreement.
4. In the event that Debtors are offered a final modification agreement but do not accept it or fail to demonstrate acceptance as outlined *supra*, then Secured Creditor may submit a certification of noncompliance upon five (5) days notice, seeking termination of loss mitigation and the automatic stay and barring Debtors requesting further participation in this Court's Loss Mitigation Program for a period of one (1) year.

Page 3
Debtors: Angel V. Saguay and Marcelina A. Zuniga
Case No.: 15-32892-VFP
Caption of Order: **CONSENT ORDER RESOLVING DEBTOR'S MOTION TO PARTICIPATE IN COURT-ORDERED LOSS MITIGATION WITH NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**

Consent to Form and Entry

**McCalla Raymer Leibert Pierce, LLC**
Attorney for the Secured Creditor
By: _____
Melissa Licker

Date: 6/21/19

**Low & Low**
Attorney for the Debtors
By: _____
Russell L. Low

Date: 6/20/19